# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAISY SPENCER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0380-CG-N |
| | ) |
| SAFEWAY INSURANCE COMPANY | ) |
| OF ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated September 19, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Daisy Spencer's motion to remand (Doc. 9) is **GRANTED** and that this case is **REMANDED** to the Circuit Court of Wilcox County, Alabama.

**DONE and ORDERED** this 20th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE